NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**JOHN MEZZALINGUA ASSOCIATES, INC.
(DOING BUSINESS AS PPC, INC.),**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**BELDEN, INC.,**
*Appellee.*

———————————————

2012-1468
(Reexamination No. 95/000,112)

———————————————

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

———————————————

**ON MOTION**

———————————————

**O R D E R**

JOHN MEZZALINGUA ASSOCIATES v. KAPPOS 2

Upon consideration of the parties' joint motion to dismiss the appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are denied as moot.

(3) Each side shall bear its own costs.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS MANDATE: March 18, 2013